UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
WILMINGTON PT CORP.,                                                                         19-cv-02308-ENV-RML
                             Plaintiff,

        -against-                                                                STIPULATION OF
                                                               VOLUNTARY
101 AVE HOLDINGS LLC AND NEW YORK CITY                            DISCONTINUANCE
ENVIRONMENTAL CONTROL BOARD,                                          PURSUANT TO
                                        Defendant(s).                      FRCP 41(a)(1)(A)
------------------------------------------------------------------------X

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed to, by and between the undersigned counsel on behalf of their respective clients as follows:

1. That the above entitled action be and the same hereby canceled and discontinued, without prejudice and without costs to either party as against the other.

2. Defendant 101 Ave Holdings LLC's Answer filed on July 1, 2019 is withdrawn without prejudice.

3. No other Defendants have appeared or answered and their time to do so has expired.

4. This notice may be filed without further notice with the Clerk of the Court.

Dated: August 8, 2019


/s/ *Alan H. Weinreb*                             /s/ *Sholom Wohlgelernter*
Alan H. Weinreb, Esq.                          Sholom Wohlgelernter, Esq.
THE MARGOLIN & WEINREB            Berg & David, PLLC
LAW GROUP, LLP                                 Attorneys for Defendant
Attorneys for Plaintiff                               101 Ave Holdings LLC